## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**ALDONIA HEMMANS,**

       **Plaintiff,**                         **CASE NO.: 8:16-cv-02042-JDW-AEP**

**v.**

**PORTFOLIO RECOVERY**
**ASSOCIATES, LLC,**

       **Defendants**

_____/

### NOTICE OF PENDING SETTLEMENT

Plaintiff, by and through undersigned counsel, hereby files this Notice of Pending Settlement.  By submission of this Notice, submitting counsel represents that this matter has settled in principle subject to final documentation.

Dated:  August 25, 2016           Respectfully Submitted,

**CENTRONE & SHRADER, PLLC**
612 W. Bay Street
Tampa, Florida 33606
Phone:  (813) 360-1529
Fax:     (813) 336-0832


/s/ Brian L. Shrader

_____
**BRIAN L. SHRADER, ESQ.**
Florida Bar No. 57251
e-mail: bshrader@centroneshrader.com
Attorney for Plaintiff

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on August 25, 2016, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida for filing and uploading to the CM/ECF system.

  /s/ Brian L. Shrader_____
Attorney